No. 170. PARK-IN THEATRES, INC. *v.* LOEW'S DRIVE-IN THEATRES, INC. C. A. 1st Cir. Certiorari denied.

*Leonard L. Kalish* and *Melvin R. Jennery* for petitioner. *Hector M. Holmes* for respondent.